November 26, 1974.

No. 296. CAMELOT COUNTRY CLUB, Appellant, v. BOARD OF ADJUSTMENT, DODGE COUNTY, Respondent.

(Also reported in 223 N. W. 2d 686.)

Zoning. County setback ordinance. Self-created hardship. Addition to existing structure. Propriety of denial of variance. No unnecessary hardship precluding feasible use.

The cause was submitted for the appellant on the brief of *Lueck, Skupniewitz & Doepke* of Beaver Dam, and *David Hartman* of Juneau, and for the respondent on the brief of *F. R. Schwertfeger,* Dodge County Corporation Counsel.